# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1194**
**KA 08-01691**
PRESENT: CENTRA, J.P., FAHEY, PERADOTTO, GREEN, AND GORSKI, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, RESPONDENT,

V                                                                     ORDER

ZULMA DELGADO, DEFENDANT-APPELLANT.

---

FRANK H. HISCOCK LEGAL AID SOCIETY, SYRACUSE (PHILIP ROTHSCHILD OF COUNSEL), FOR DEFENDANT-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (HANNAH STITH LONG OF COUNSEL), FOR RESPONDENT.

---------------------------------------------------------------------------------------------------------

    Appeal from a judgment of the Onondaga County Court (Joseph E. Fahey, J.), rendered May 29, 2008.  The judgment convicted defendant, upon her plea of guilty, of attempted criminal possession of a controlled substance in the third degree.

    It is hereby ORDERED that the judgment so appealed from is unanimously affirmed.

Entered:  November 10, 2011                          Patricia L. Morgan
                                                     Clerk of the Court